**Albert INSUA, Petitioner–Appellant,**

v.

**J. McDONALD, Respondent–Appellee.**

No. 07–35705.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 5, 2010.

Michael Donahoe, Esquire, Federal Defenders of Montana Helena Branch Office, Helena, MT, for Petitioner–Appellant.

Albert Insua, Shelby, MT, pro se.

Jonathan M. Krauss, Assistant Attorney General, Office of the Montana Attorney General, Helena, MT, for Respondent–Appellee.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Montana State prisoner Albert Insua appeals from the district court's judgment

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

dismissing his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Insua contends that the trial court violated his Sixth Amendment right to counsel by failing to adequately explain the dangers of self-representation. The record demonstrates that Insua understood the dangers of self-representation, and therefore the Montana Supreme Court's decision rejecting this claim was neither contrary to, nor an unreasonable application of, clearly established federal law, nor was it an unreasonable determination of the facts in light of the evidence. *See* 28 U.S.C. § 2254(d)(1), (2); *United States v. Gerritsen,* 571 F.3d 1001, 1012–13 (9th Cir. 2009); *see also Faretta v. California,* 422 U.S. 806, 835–36, 95 S.Ct. 2525, 45 L.Ed.2d 562 (1975).

Insua's request for judicial notice is granted. *See* Fed.R.Evid. 201.

**AFFIRMED.**

